IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

TERRENCE LYNN TARDY,

        Petitioner,

    v.

BRIAN BELLEQUE,

        Respondent.

Civil No. 09-424-BR

JUDGMENT

BROWN, Judge.

    Based on the Record,

    IT IS ORDERED AND ADJUDGED that this Action is dismissed.

    The Court DENIES a certificate of appealability as Petitioner has not made a substantial showing of the denial of a constitutional right.  *See* 28 U.S.C. § 2253(c)(2).

    DATED this <u>23rd</u> day of February, 2011.

                               <u>/s/ Anna J. Brown</u>
                              ANNA J. BROWN
                              United States District Judge